**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| PAUL BERRY III, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:22-CV-465-JAR |
| ) | |
| JOHN R. ASHCROFT, in his capacity as ) | |
| Missouri Secretary of State, and ) | |
| STATE OF MISSOURI, ) | |
| ) | |
| Defendants. ) | |

## SCHEDULING ORDER

This matter is before the Court on Joseph Pereles, Matthew Bax, Ike Graham, Robert Saunders, and Rachel Howard's (collectively, the "Proposed Intervenors") Motion to Intervene as Plaintiffs. (Doc. 19). For the reasons stated on the record at the in-person hearing on May 9, 2022, the Court will establish an expedited briefing schedule before ruling on the motion.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file any response to the Proposed Intervenors' Motion to Intervene as Plaintiffs (Doc. 19) by **Wednesday, May 11, 2022**.

Dated this 9th day of May, 2022.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE