### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISON

PAUL BERRY III,

                Plaintiff,

and

JOSEPH PERELES, et al.,

              Plaintiff-Intervenors,

        v.

JOHN R. ASHCROFT, et al.,

                Defendants.

Case No. 4:22-CV-465-JAR

## NON-OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff-Intervenors Joseph Pereles, Matthew Bax, Ike Graham, Robert Saunders, and Rachel Howard respectfully submit their non-opposition to Defendants' Motion to Dismiss All Complaints as Moot Under Rule 12(b)(1) as filed on May 17, 2022.

Dated: May 26, 2022

Respectfully Submitted,

STINSON LLP

By:*/s/ Charles W. Hatfield*
Charles W. Hatfield, No. 40363
Jeremy A. Root, No. 59451
Alixandra S. Cossette, No. 68114
230 W. McCarty Street
Jefferson City, MO 65101
Phone: (573) 636-6263
Facsimile: (573) 636-6231
chuck.hatfield@stinson.com
jeremy.root@stinson.com
alixandra.cossette@stinson.com

Abha Khanna*
**ELIAS LAW GROUP LLP**
1700 Seventh Avenue, Suite 2100
Seattle, WA 98101
Telephone: (206) 656-0177
Facsimile: (206) 656-0180
akhanna@elias.law

William Hancock*
Francesca Gibson*
**ELIAS LAW GROUP LLP**
10 G Street NE, Suite 600
Washington, D.C. 20002
Telephone: (202) 968-4659
Facsimile: (202) 968-4498
whancock@elias.law
fgibson@elias.law

*Counsel for Plaintiff-Intervenors*
*Admitted *Pro Hac Vice*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by the Court's CM/ECF filing system on the 26th day of May, 2022, which will notify all parties of record and I also hereby certify that a copy of the foregoing was also served via U.S. Mail and email on the 26th day of May, 2022, to:

Paul Berry, III
Plaintiff, *Pro Se*
11932 Barbara
Maryland Heights, MO 63043
PBIIIUSA@gamil.com

/s/ Charles W. Hatfield